Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: Dilia Blondin                    )   Chapter 13
                                        )
                                        )   No. 19-28982
                                        )
         Debtor(s)                      )   Judge Donald R. Cassling

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on June 29, 2023, at 9:30 am, I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, **either** in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of Debtor [to/for] Reopen Case and Request Discharge, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 414 7941, and the passcode is 619. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: David Freydin

Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157

## CERTIFICATE OF SERVICE

I, David Freydin, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 12, 2023, at 5:00 pm.

    /s/ David Freydin
    [Signature]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-28982<br>Northern District of Illinois<br>Eastern Division<br>Mon Jun 12 15:53:11 CDT 2023 | Federal Home Loan Mortgage Corporation, as t<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Barclays Bank Delaware<br>Attn: Correspondence<br>Po Box 8801<br>Wilmington, DE 19899-8801 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Citibank/Sears<br>Attn: Bankruptcy<br>Po Box 6275<br>Sioux Falls, SD 57117-6275 | Federal Home Loan Mortgage Corp<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9096 | Federal Home Loan Mortgage Corporation, as t<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | Mr. Cooper<br>Attn: Bankruptcy<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Prosper Funding LLC<br>221 Main Street<br>Suite 300<br>San Francisco, CA 94105-1909 | Prosper Marketplace Inc.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 | Dilia Blondin<br>5608 N. Karlov Ave.<br>Chicago, IL 60646-6705 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St., Suite 3850<br>Suite 3850<br>Chicago, IL 60603-5764 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Fifth Third Bank<br>Attn: Bankruptcy<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 | Portfolio Recovery Associates, LLC<br>c/o Barclays Bank Delaware<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Federal Home Loan Mortgage Corporation    (u)Federal Home Loan Mortgage Corporation, as    (u)NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER


(d)LVNV Funding, LLC                         End of Label Matrix
Resurgent Capital Services                   Mailable recipients    21
PO Box 10587                                 Bypassed recipients     4
Greenville, SC 29603-0587                    Total                  25

UNITED STATES BANKRUPTCY COURT
NORTHERN DISCTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Dilia Blondin,            )       19 B 28982
                          )
                          )       Chapter 13
Debtor(s)                 )
                          )       Judge Donald R. Cassling

MOTION TO REOPEN CASE AND REQUEST DISCHARGE

NOW COMES the Debtor, Dilia Blondin, by and through her attorney, David Freydin, and requests that the case be reopened and a discharge be granted for the reasons as follows:

1. That the Debtor filed a petition for relief pursuant to Chapter 13, Title 11 U.S.C. on October 11, 2019.

2. That this Honorable Court has confirmed the Debtor's Chapter 13 Plan on December 18, 2019.

3. That the Trustee entered a "Notice of Required Document(s) for Discharge on March 15, 2023.

4. That the Debtor's case was closed without discharge on June 6, 2023.

5. That the Debtor's Declaration Domestic Support Obligation was filed on June 12, 2023.

6. That the Debtor's attorney paid fee to reopen the case.

**The MOVANT PRAYS that the case be re-opened and that a discharge under section be granted.**

/s/ David Freydin
Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd., Suite 312
Skokie, IL 60077